IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLYNIS ALBERTS-WOOD,

    Plaintiff,                    2:04-cv-2194-GEB-DAD-PS

  vs.

JOSE FREMONDE, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Defendants, proceeding pro se, removed this action from state court by a notice of removal filed on October 15, 2004. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On July 21, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.

1

1 Defendants have filed objections to the findings and
2 recommendations.
3         In accordance with the provisions of 28 U.S.C.
4 § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
5 <u>de novo</u> review of this case.  Having carefully reviewed the
6 entire file, the court finds the findings and recommendations to
7 be supported by the record and by proper analysis.
8         Accordingly, IT IS HEREBY ORDERED that:
9         1.  The findings and recommendations filed July 21,
10 2005, are adopted in full;
11         2.  This state civil action is summarily remanded to
12 the Sacramento County Superior Court; and
13         3.  The Clerk is directed to close this case.
14 Dated:  August 12, 2005

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge